IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  Cr. No. 97-076-DRD
Plaintiff-Respondent,

vs.

MIGUEL A. VEGA-COSME,
MIGUEL VEGA-COLON,
Defendants-Petitioners.

_____/



## MOTION TO PROCEED IN FORMA PAUPERIS

**TO THE HONORABLE COURT:**

  **Defendants-Petitioners,** Miguel A. Vega-Cosme, and Miguel Vega-Colon, pro-se, hereby moves for leave to proceed in forma pauperis for the purpose of appointment of counsel Marcia G. Shein to prepare and file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in their behalf. In support thereof, they state:

  1. The defendants do not have any cash on hand or money in savings or checking accounts.

  2. The defendants do not own any real estate, stocks, bonds, notes, automobiles, and have been under custody since their arrest on April 11, 1997.

  3. The defendants were deemed indigents for the proceeding in this Court and the First Circuit Court and counsel was appointed.

4. The defendants are without the financial ability to retain counsel Shein for themself.

5. In further support thereof, they relies on the attached Institutional account statement for the last six months file with this motion.

**WHEREFORE,** the defendants-petitioners moves that they be granted leave to proceed in forma pauperis for the purpose of appointment of counsel Marcia G. Shein.

**Respectfully Submitted**

Dated: 2/8/05

C/O : Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O. Box 1033
Coleman, FL 33521-1033

Miguel Vega-Colon
Reg. No. 14687-069
FCC-Low
P.O. Box 1031
Coleman, FL 33521-1031

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 03648069 | Current Institution: | Coleman FCC |
| Inmate Name: | VEGA-COSME, MIGUEL | Housing Unit: | I A&O |
| Report Date: | 02/04/2005 | Living Quarters: | I02-201L |
| Report Time: | 3:42:46 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6447 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 2/4/2005 8:09:35 AM |
| Account Status: | Active |
| ITS Balance: | $0.07 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $38.58 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $38.58 |
| National 6 Months Deposits: | $913.26 |
| National 6 Months Withdrawals: | $875.40 |
| National 6 Months Avg Daily Balance: | $35.41 |
| Local Max. Balance - Prev. 30 Days: | $67.22 |
| Average Balance - Prev. 30 Days: | $34.42 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $275.75
Last Sales Date: 1/20/2005 7:58:18 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments:

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 03648069 | Current Institution: Coleman FCC |
| Inmate Name: | VEGA-COSME, MIGUEL | Housing Unit: I A&O |
| Report Date: | 02/04/2005 | Living Quarters: I02-201L |
| Report Time: | 3:42:59 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 2/4/2005 8:09:35 AM | JV0147 | | | Payroll - IPP | $27.76 | | $38.58 |
| COA | 2/1/2005 5:12:22 PM | ITS0201 | | | ITS Withdrawal | ($10.00) | | $10.82 |
| COA | 1/24/2005 4:53:13 PM | ITS0124 | | | ITS Withdrawal | ($19.00) | | $20.82 |
| COA | 1/20/2005 7:58:18 AM | 25 | | | Sales | ($7.40) | | $39.82 |
| COA | 1/7/2005 6:02:30 PM | ITS0107 | | | ITS Withdrawal | ($20.00) | | $47.22 |
| COA | 1/7/2005 6:37:25 AM | JV0109 | | | Payroll - IPP | $41.28 | | $67.22 |
| COA | 1/4/2005 4:32:12 PM | ITS0104 | | | ITS Withdrawal | ($25.00) | | $25.94 |
| COA | 1/3/2005 5:21:48 AM | 70123403 | | | Lockbox - CD | $50.00 | | $50.94 |
| COA | 1/2/2005 4:55:31 PM | ITS0102 | | | ITS Withdrawal | ($1.00) | | $0.94 |
| COA | 12/31/2004 5:23:45 PM | ITS1231 | | | ITS Withdrawal | ($10.00) | | $1.94 |
| COA | 12/25/2004 1:42:59 PM | ITS1225 | | | ITS Withdrawal | ($20.00) | | $11.94 |
| COA | 12/23/2004 2:58:19 PM | 58 | | | Sales | ($210.25) | | $31.94 |
| COA | 12/23/2004 5:20:15 AM | 70122701 | | | Lockbox - CD | $30.00 | | $242.19 |
| COA | 12/22/2004 11:17:01 AM | 23 | | | Sales | ($13.00) | | $212.19 |
| COA | 12/18/2004 9:29:19 AM | ITS1218 | | | ITS Withdrawal | ($30.00) | | $225.19 |
| COA | 12/14/2004 5:51:10 AM | 70122001 | | | Lockbox - CD | $50.00 | | $255.19 |
| COA | 12/12/2004 5:10:23 AM | 70121902 | | | Lockbox - CD | $200.00 | | $205.19 |
| COA | 12/10/2004 5:07:23 PM | ITS1210 | | | ITS Withdrawal | ($5.00) | | $5.19 |
| COA | 12/6/2004 5:14:41 PM | ITS1206 | | | ITS Withdrawal | ($12.00) | | $10.19 |
| COA | 12/3/2004 5:05:54 PM | ITS1203 | | | ITS Withdrawal | ($20.00) | | $22.19 |
| COA | 12/3/2004 9:53:26 AM | JV0073 | | | Payroll - IPP | $41.28 | | $42.19 |
| COA | 11/28/2004 5:44:46 PM | ITS1128 | | | ITS Withdrawal | ($10.00) | | $0.91 |
| COA | 11/24/2004 5:05:19 PM | ITS1124 | | | ITS Withdrawal | ($5.00) | | $10.91 |
| COA | 11/23/2004 5:17:56 PM | ITS1123 | | | ITS Withdrawal | ($5.00) | | $15.91 |
| COA | 11/18/2004 5:16:36 PM | ITS1118 | | | ITS Withdrawal | ($5.00) | | $20.91 |
| COA | 11/17/2004 5:28:32 PM | ITS1117 | | | ITS Withdrawal | ($10.00) | | $25.91 |
| COA | 11/15/2004 5:24:13 PM | ITS1115 | | | ITS Withdrawal | ($5.00) | | $35.91 |
| COA | 11/14/2004 1:44:01 PM | ITS1114 | | | ITS Withdrawal | ($5.00) | | $40.91 |
| COA | 11/13/2004 3:41:18 PM | ITS1113 | | | ITS Withdrawal | ($5.00) | | $45.91 |
| COA | 11/11/2004 5:45:13 PM | ITS1111 | | | ITS Withdrawal | ($10.00) | | $50.91 |
| COA | 11/5/2004 11:20:50 AM | JV0040 | | | Payroll - IPP | $35.90 | | $60.91 |
| COA | 11/4/2004 6:03:05 PM | 68 | | | Sales | ($7.40) | | $25.01 |
| COA | 10/29/2004 5:16:02 AM | 70119004 | | | Lockbox - CD | $30.00 | | $32.41 |

| | | | | | |
|---|---|---|---|---|---|
| COA | 10/28/2004 5:31:35 PM | 34 | Sales | ($37.70) | $2.41 |
| COA | 10/24/2004 12:03:15 PM | ITS1024 | ITS Withdrawal | ($50.00) | $40.11 |
| COA | 10/23/2004 9:38:02 AM | ITS1023 | ITS Withdrawal | ($10.00) | $90.11 |
| COA | 10/23/2004 5:14:18 AM | 70118604 | Lockbox - CD | $100.00 | $100.11 |
| COA | 10/17/2004 5:45:28 PM | ITS1017 | ITS Withdrawal | ($2.00) | $0.11 |
| COA | 10/15/2004 5:17:31 PM | ITS1015 | ITS Withdrawal | ($1.00) | $2.11 |
| COA | 10/13/2004 4:54:17 PM | ITS1013 | ITS Withdrawal | ($5.00) | $3.11 |
| COA | 10/10/2004 4:43:00 PM | ITS1010 | ITS Withdrawal | ($10.00) | $8.11 |
| COA | 10/8/2004 5:42:23 PM | ITS1008 | ITS Withdrawal | ($20.00) | $18.11 |
| COA | 10/8/2004 9:14:18 AM | JV0012 | Payroll - IPP | $37.92 | $38.11 |
| COA | 9/28/2004 4:54:31 PM | ITS0928 | ITS Withdrawal | ($2.00) | $0.19 |
| COA | 9/16/2004 5:13:33 PM | ITS0916 | ITS Withdrawal | ($20.00) | $2.19 |
| COA | 9/14/2004 5:57:46 PM | ITS0914 | ITS Withdrawal | ($5.00) | $22.19 |
| COA | 9/12/2004 10:38:45 AM | ITS0912 | ITS Withdrawal | ($3.00) | $27.19 |
| COA | 9/8/2004 6:29:16 PM | ITS0908 | ITS Withdrawal | ($9.00) | $30.19 |
| COA | 9/3/2004 8:49:52 AM | JV0394 | Payroll - IPP | $34.64 | $39.19 |
| COA | 9/1/2004 6:45:11 PM | 98 | Sales | ($78.05) | $4.55 |

1 2 3

Total Transactions: 104

Totals:   $37.80   $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $38.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.58 |
| Totals: | $38.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.58 |

## CERTIFICATE OF PRO-SE COUNSEL

Miguel A. Vega-Cosme and Miguel Vega-Colon, pro-se, hereby certifies that the statements of fact in the accompanying motions and affidavits are true and correct. 28 USC § 1746.

Respectfully Submitted.

2/8/05
Dated:

C/O : *Miguel A. Vega-Cosme*
Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O. Box 1033
Coleman, FL 33521-1033

*Miguel Vega-Colon*
Miguel Vega-Colon, pro-se
Reg. No. 14687-069
FCC-LOW
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

Miguel A. Vega-Cosme and Miguel Vega-Colon, pro-se, hereby certifies that a true and correct copy of these motions and affidavits has been mailed to:

a.  U.S. Attorney's Office
    District of P.R.
    Torre Chardon, Suite 1201
    350 Chardon Ave.
    San Juan, PR 00918

b.  Marcia G. Shein
    Attorney at Law
    2392 North Decatur Road
    Decatur, GA 30033

Respectfully Submitted.

2/8/05
Dated:

C/O : Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O.Box 1033
Coleman, FL 33521-1033

Miguel Vega-Colon
Reg. No. 14687-069
FCC-Low
P.O.Box 1031
Coleman, FL 33521-1031