# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)                                          CRIM. No. 97-076 (DRD)

      v.

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON


Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. **1596**<br><br>Date: 02/14/2005<br><br>Title: **Motion to proceed in forma pauperis, pro se.** | **X  GRANTED**<br><br>❑  DENIED.<br><br>❑  MOOT.<br><br>❑  NOTED.<br><br>❑ The Government is granted  days to respond. |


**IT IS SO ORDERED.**

Date: February 28, 2005          *S/ DANIEL R. DOMINGUEZ*
                                 **DANIEL R. DOMINGUEZ**
                                 **U.S. DISTRICT JUDGE**