UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

CRIM. No. 97-076 (DRD)

v.

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON

Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. **1597**<br><br>Date: 02/14/2005<br><br>Title: **Motion for appointment of counsel, pro se.** | ❑ GRANTED<br><br>❑ DENIED.<br><br>❑ MOOT.<br><br>❑ NOTED.<br><br>❑ The Government is granted  days to respond.<br><br>The appointment of counsel is to be made by the Clerk of the Circuit Court of Appeals. |

**IT IS SO ORDERED.**

Date: March 1, 2005

*S/ DANIEL R. DOMINGUEZ*
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**