Miguel A Vega Cosme

Reg. No. 03648-069-(I Unit)
Federal Correctional Complex-USP
PO Box 1033
Coleman, Florida 33521-1033

March 11, 2005

Clerk's Office
U.S. District Court/PR
R.150, Fed. Bldg. Office
Chardon Avenue
San Juan, PR 00918-1767

RE: USA v. [18] Miguel A. Vega-Cosme and [19] Miguel Vega-Colon, Cr. no. 97-076-DRD

Dear Clerk:

On March 9, 2005, I received a copy of this Honorable Court Order regarding our motion for appointment of counsel Marcia G. Shein to prepare and file a 2255 motion in our behalf.

On said Order the Court stated that "The appointment of counsel is to be made by the Clerk of the Circuit Court of Appeals." Because is my understanding that the appointment of counsel in section 2255 cases are addressed to the sound discretion of the district judge, who is authorized by statute to assign counsel whenever professional assistance is deemed appropiate in the best interest of justice. I don't really understand the Court's Order.

Therefore, I would appreciate if you may clarify this Order for me. In the alternative, I respectfully request the Court to modify or change its previous order so that the

appointment of counsel Shein be made by the Clerk of the district court of Puerto Rico. Since the time for filing our 2255 motion will expire on June #, 2005, I would appreciate your prompt response to this matter.

Thank you very much in advance for your assistance.

                                       Very Respectfully yours,

                                       Miguel A. Vega-Cosme, pro-se
                                       Reg. no. 03648-069
                                       Federal Correctional Complex
                                       P.O.Box 1033
                                       Coleman, FL 33521-1033

cc/Marcia G. Shein
   Vega-Colon
   AUSA
   personal file

[enclosures]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CRIM. No. 97-076 (DRD)

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON

Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. 1597<br><br>Date: 02/14/2005<br><br>Title: Motion for appointment of counsel, pro se. | ❏ GRANTED<br><br>❏ DENIED.<br><br>❏ MOOT.<br><br>❏ NOTED.<br><br>❏ The Government is granted ___ days to respond.<br><br>The appointment of counsel is to be made by the Clerk of the Circuit Court of Appeals. |

**IT IS SO ORDERED.**

Date: March 1, 2005

**S/ DANIEL R. DOMINGUEZ**
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CRIM. No. 97-076 (DRD)

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON

Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. **1596**<br><br>Date: 02/14/2005<br><br>Title: **Motion to proceed in forma pauperis, pro se.** | **X GRANTED**<br><br>❏ DENIED.<br><br>❏ MOOT.<br><br>❏ NOTED.<br><br>❏ The Government is granted ___ days to respond. |

**IT IS SO ORDERED.**

Date: February 28, 2005

S/ DANIEL R. DOMINGUEZ
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

CR. NO. 97-076-DRD

vs.

MIGUEL A. VEGA-COSME
MIGUEL VEGA-COLON,
Defendants-Petitioners.

_____/

MOTION FOR APPOINTMENT OF COUNSEL

THIS IS NOT,...AND SHOULD NOT,...BE
CONSTRUED BY THE COURT AS A 2255 PETITION

TO THE HONORABLE COURT:

Pursuant to the Criminal Justice Act, as codified in 18 U.S.C. § 3006A, and 28 U.S.C. § 1915[e], this Court has the authority to appoint counsel for purpose of preparing and filing a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. For the reasons expressed in the attached affidavit, it is respectfully requested that attorney Marcia G. Shein, 2392, North Decatur Road, Cecatur, GA 30033; Tel. [404] 633-3797, be appointed for this purpose.

Respectfully Submitted.

_____
Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O.Box 1033
Coleman, FL 33521-1033