IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[18] MIGUEL A. VEGA-COSME,
[19] MIGUEL VEGA-COLON,
        Petitioners,

Crim. No. 97-076-DRD

v.

UNITED STATES OF AMERICA,
        Respondent.
_____/

## MOTION TO RECONSIDER ORDER

TO THE HONORABLE COURT:

    **COMES** the Petitioners Miguel A. Vega-Cosme and Miguel Vega-Colon, pro-se, and respectfully moves the Court to reconsider its order of March 1, 2005, which states that "The appointment of counsel is to be made by the Clerk of the Circuit Court of Appeals", and enter a new Order instructing that the appointment of counsel Shein be made by the Clerk of the district court of Puerto Rico.

    **In the Alternative,** the Petitioners respectfully request that this Honorable Court appoints Ms. Rachel Brill, Esq., Ste. 1113, Mercantil Plaza Bldg., Ponce de Leon Ave, Hato Rey, P.R. 00918, to assist the Petitioners with their § 2255 proceedings.

5-3-05
Dated:

Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O.Box 1033
Coleman, FL 33521-1033

Respectfully Submitted,

Miguel Vega-Colon, pro-se
Reg. No. 14687-069
FCC-LOW
P.O.Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of this motion has been mailed to:

a) U.S. Attorney's Office
Torre Chardon, Suite 1201
350 Chardon Avenue
San Juan, PR 00918

b) Marcia G. Shein
Attorney at Law
2392 N. Decatur Road
Decatur, Ga 30033

c) Rachel Brill
Attorney at Law
Mercantil Plaza Bldg., Ste. 1113
Ponce de Leon Avenue
San Juan, PR 00918

Respectfully Submitted,

5-03-05
Dated:

Miguel A. Vega-Cosme, pro-se
Reg. No. 03648-069
FCC-USP
P.O. Box 1033
Coleman, FL 33521-1033

Miguel Vega-Colon, pro-se
Reg. No. 14687-069
FCC-LOW
P.O. Box 1031
Coleman, FL 33521-1031