# ADDENDUM

# Exhibit - A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)                                              CRIM. No. 97-076 (DRD)

v.

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON

Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. **1597**<br><br>Date: 02/14/2005<br><br>Title: **Motion for appointment of counsel, pro se.** | ❑ GRANTED<br><br>❑ DENIED.<br><br>❑ MOOT.<br><br>❑ NOTED.<br><br>❑ The Government is granted  days to respond.<br><br><u>The appointment of counsel is to be made by the Clerk of the Circuit Court of Appeals.</u> |

**IT IS SO ORDERED.**

Date: March 1, 2005

*S/ DANIEL R. DOMINGUEZ*
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

# Exhibit - B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)                                    CRIM. No. 97-076 (DRD)

v.

[18] MIGUEL A. VEGA COSME
[19] MIGUEL VEGA COLON


Defendant.

| MOTION | ORDER |
|---|---|
| Docket entry no. **1596** | **X  GRANTED** |
| Date: 02/14/2005 | ❏  DENIED. |
| Title: **Motion to proceed in forma pauperis, pro se.** | ❏  MOOT. |
|  | ❏  NOTED. |
|  | ❏ The Government is granted  days to respond. |

**IT IS SO ORDERED.**

Date: February 28, 2005

*S/ DANIEL R. DOMINGUEZ*
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

# Exhibit - C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN ENRIQUE CINTRON-CARABALLO

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 05-2232(DRD)
Criminal No. 97-076-30(DRD)

# ORDER

| MOTION | RULING |
|---|---|
| Docket No. 2<br><br>Motion for Appointment of Counsel with "Supplement" | The Court previously ordered the petitioner to submit a motion to proceed in forma pauperis in order to consider his request for appointment of counsel. Petitioner has complied and satisfactorily established his indigency for the request for Wherefore, the Court now GRANTS petitioner's request for the appointment of counsel pursuant to the provisions of the Criminal Justice Act, as amended, 18 U.S.C. §3006A. The Clerk is ordered to randomly designate counsel for the petitioner from the roster of CJA Panel Attorneys. |
| Docket No. 5<br><br>Motion to Proceed in Forma Pauperis with Affidavit in Support | |
| | SO ORDERED. |

February 6, 2006.

s/ Daniel R. Domínguez
DANIEL R. DOMÍNGUEZ
U.S. District Judge