IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,                CR. NO. 97-076-18-DRD
Plaintiff,                               (Related to: Civ. No.
                                         05-1609-DRD-CVR)
vs.

MIGUEL A. VEGA-COSME,
Defendant.
_____/

**NOTICE OF TEMPORARILY CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

**NOTICE** is hereby given that Miguel A. Vega-Cosme has been temporarily transferred to the Metropolitan Detention Center in Cataño, Puerto Rico. Therefore, any and all correspondence addressed to him should be mailed to the following address until further NOTICE:

> Miguel A. Vega-Cosme
> Reg. no. 03648-069
> MDC-Gua (3A)
> P.O.Box 2005
> Cataño, PR 00963-2005

Wherefore, the defendant prays this Court make note this change in the record until further NOTICE.

Respectfully Submitted.

3/18/08
Dated

Miguel A. Vega Cosme, pro-se
Reg. no. 03648-069
MDC-Gua., P.O.B. 2005
Cataño, PR 00963-2005

cc/AUSA-PR
   Rachel Brill