Miguel A. Vega-Cosme
Reg. no. 03648-069
Metropolitan Detention Center
P.O.B. 2005
CAtaño, PR 00963-2005

Special Mail/Legal Mail

TO CLERK'S OFFICE
U.S. District Court/PR
Fed. Bldg. Office, R-150
150 Chardon Avenue
San Juan, PR 00918-1767

