# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 15, 2008

**DC #:** 97-076 (DRD)

**APPEAL FEE PAID:** YES ____  NO _X_

**CASE CAPTION:** USA v. Soto-Beníquez
Defendant: Miguel Vega-Cosme (18)

**IN FORMA PAUPERIS:** YES _X_  NO ____

**MOTIONS PENDING:** YES ____  NO _X_

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Order entered on 06/04/08

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 397, 1157, 1654, 1656, 1660, 1662, 1666 | I |
| Docket Entry 1655 (Sealed) | II |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk